### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL BOWER, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-05-0857-F |
| RON WARD, | ) |
| Respondent. | ) |

### ORDER

Magistrate Judge Robert E. Bacharach's Report and Recommendation of August 1, 2005 (doc. no. 5) is before the court. The Report recommends denial of petitioner's application for in forma pauperis status. Petitioner has stated that he has no intention of filing an objection to the Report, and he has now paid the required filing fee. Accordingly, the court **ADOPTS** and **AFFIRMS** the magistrate judge's Report in its entirety, and petitioner's application for in forma pauperis status is **DENIED** although the issue is now moot. This matter remains referred to the magistrate judge in accordance with the original referral order.

Dated this 8th day of September, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0857p001.wpd