# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL BOWER, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   Case No.  CIV-05-0857-F |
| | ) |
| JUSTIN JONES, Director, Oklahoma | ) |
| Department of Corrections, | ) |
| | ) |
|     Respondent. | ) |

## ORDER

Petitioner is a state inmate seeking habeas relief based on a prison disciplinary conviction.  Petitioner appears *pro se*, and his pleadings are liberally construed.

On March 20, 2006, Magistrate Judge Robert E. Bacharach entered his Report and Recommendation, recommending that the petition be denied on the merits.  (Doc. no. 46.)  The Report advised petitioner of his right to file an objection to the Report and Recommendation by April 10, 2006, and further advised that failure to make timely objection waives the right to appellate review of the suggested ruling.  The April 10 date was subsequently extended twice, allowing petitioner until May 9, 2006 to file any objection.  On May 9, 2006, petitioner filed a timely "Objection to Report and Recommendation."  (Doc. no. 51.)  The objection expressly objects to the suggested rulings of the Magistrate Judge on two grounds which are listed as grounds "A" and "B" in the objection.  The "A" ground is that petitioner asserts he was never informed of the elements of his alleged offense.  The "B" ground is petitioner's assertion that he should have been given an edited version of the confidential informant statement in order to have an adequate opportunity to defend against that evidence.  The court reviews all objected to matters *de novo*.

-2-

Having reviewed all matters covered in the Report and Recommendation including *de novo* review of all objected to matters, the court finds and concludes that it agrees with the Report and Recommendation of the Magistrate Judge.  It further finds that no purpose would be served by restating here any of the Magistrate Judge's determinations, or by offering any additional analysis of the issues.

Accordingly, petitioner's objection to the Report and Recommendation is **DENIED**, and the Report and Recommendation of Magistrate Judge Robert E. Bacharach is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety.  Pursuant to the recommendations of the Magistrate Judge, the Petition for a Writ of Habeas Corpus is **DENIED** on the merits.

Dated this 16th day of May, 2006.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0857p006(pub).wpd